VAM/cm          Atty. No.: 141          Our File No.: 5409-25174

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| DIANE M. SWIER, | ) |
| Plaintiff, | ) |
| v. | ) 07CV6520 |
| | ) JUDGE DARRAH |
| THEODORE STOUGH and | ) MAGISTRATE JUDGE COX |
| SCHNEIDER NATIONAL, INC., | ) |
| Defendants. | ) |

### PETITION FOR REMOVAL

NOW COME the Defendants, SCHNEIDER NATIONAL, INC. (properly sued as Schneider National Carriers, Inc.) and THEODORE STOUGH, by and through their attorneys, DOWD & DOWD, LTD. and petition to remove this action originally styled *Diane M. Swier v. Theodore Stough and Schneider National, Inc.*, 2007 L 10312, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §1441(a) and 1446(a). In support of said petition, defendants state as follows:

1. On October 1, 2007, Diane Swier, ("plaintiff") filed a Complaint at Law in the Circuit Court of Cook County, Illinois alleging negligence against defendants. (A copy of the Plaintiff's complaint is attached as Exhibit A.)

2. Plaintiff alleges in her complaint that Mr. Stough was acting as an agent/employee of defendant Schneider National, Inc. (properly sued as Schneider National Carriers, Inc.) and operated his motor vehicle in a negligent manner, thereby causing injuries to plaintiff of a personal and pecuniary nature. (See Exhibit A.)

3. The accident in question occurred on October 13, 2006 on I-90, city of Schaumburg, County of Cook, State of Illinois.

4. Plaintiff obtained service on Schneider National, Inc. (properly sued as Schneider National Carriers, Inc.) and defendant Theodore Stough.

5. Plaintiff lives in Illinois and is citizen of Illinois.

6. The motor carrier at issue, Schneider National Carriers, Inc. is incorporated in the State of Nevada and has its principal place of business in Green Bay, Wisconsin.

8. Defendant Theodore Stough is now, and was at the time of the accident, a citizen of the state of Ohio. Stough has established citizenship in the state of Ohio.

9. Plaintiff struck the front of Defendant's tractor and sustained significant injuries. Upon information and belief, Plaintiff Swier was injured; taken by ambulance from the scene; taken to the hospital; and continues to treat for the injuries she allegedly sustained in this accident. These facts form the basis of Defendants' belief that a case or controversy exists which exceeds $75,000.

10. Based on the foregoing, this court has subject manner jurisdiction pursuant to 28 U.S.C. §1332(a) because this is a civil action in which the amount in controversy exceeds $75,000.00 and all parties are citizens of different states.

11. The undersigned has been retained to represent each of the named defendants.

WHEREFORE, the Defendants, SCHNEIDER NATIONAL, INC. (properly sued as Schneider National Carriers, Inc.) and THEODORE STOUGH, pray this Honorable Court grant their Petition for Removal.

> Respectfully Submitted,
>
> DOWD & DOWD, LTD.
>
> By: *Veronica Maraitin*
> Attorneys for the Defendants,
> SCHNEIDER NATIONAL, INC. and
> THEODORE STOUGH

## CERTIFICATE OF SERVICE

I, an attorney, being first duly sworn upon oath, deposes and states that I served the attached Notice to counsel of record herein, by depositing a true and correct copy of same, First-Class Mail postage prepaid, in the U.S. Mail located at 617 West Fulton, Chicago, Illinois, at or before 5:00 P.M., on November 16, 2007 to the following:

Law Office of Peter G. Limperis
5624 West 79th Street
2nd Floor
Burbank, IL 60459

> By: *Veronica Maraitin*
> Attorney for Defendants

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400
(312) 704-4500 Fax

3

OCT-30-2007 TUE 01:45 PM SNI WORK COMP          FAX NO. 9205923020          P. 05
Case 1:07-cv-06520    Document 1    Filed 11/16/2007    Page 4 of 9

OCT-22-2007 MON 03:02 PM schneider          FAX NO. 330 769 1141          P. 04

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| DIANE M. SWIER, | ) | |
| Plaintiff, | ) ) ) | 2007L010312 CALENDAR/ROOM E TIME 00:00 PI Motor Vehicle |
| v. | ) | NO. |
| THEODORE STOUGH and SCHNEIDER NATIONAL INC., | ) ) ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

### COUNT I

NOW COMES the Plaintiff, DIANE M. SWIER, by and through her attorneys, LAW OFFICE OF PETER G. LIMPERIS and complaining of the Defendant, THEODORE STOUGH, states as follows:

(1) On October 13, 2006, the Plaintiff, DIANE M. SWIER, was operating a motor vehicle in a general easterly direction along and upon Interstate 90 at or about M.P. 13.2, and at the Roselle Road entrance ramp in the right hand lane of traffic, in Schaumburg Township, Cook County, Illinois.

(2) At said time and place, the Defendant, THEODORE STOUGH, was operating a Schneider National Semi-tractor and trailer in a general easterly direction in the lane to the left of the Plaintiff.

(3) That at said time and place and prior thereto it was the duty of the Defendant,

1


DEFENDANT'S EXHIBIT A

OCT-30-2007 TUE 01:45 PM GHL WORK COMP          FAX NO. 18208705923          P. 06
Case 1:07-cv-06620   Document 1   Filed 11/20/2007   Page 5 of 9

OCT-22-2007 MON 03:02 PM schneider          FAX NO. 330 789 1141          P. 05

THEODORE STOUGH to exercise reasonable and ordinary care with respect to the maintenance and operation of the vehicle then and there under his control so as to avoid creating an unreasonable risk of harm to the Plaintiff.

(4) That the Defendant, THEODORE STOUGH, breached his duty of care by one or more of the following acts of omission or commission:

(a) Carelessly and negligently failed to keep a proper and sufficient lookout;

(b) Carelessly and negligently engaged in improper traffic lane usage in that the defendant failed to drive his vehicle as nearly as practicable entirely within a single lane, and not moving from such lane until he had first ascertained that such movement could be made with safety, in violation of the Illinois Vehicle Code, Section 5/11-709(a);

(c) Carelessly and negligently attempted to change lanes without first signaling his intention to do so;

(d) Carelessly and negligently failed to properly maintain and position the right outside mirror of this vehicle;

(e) Carelessly and negligently attempted a lane change without first checking his right outside mirror;

(f) Carelessly and negligently failed to maintain the brakes of his vehicle in safe operating condition in violation of the Illinois Vehicle Code, Section 12-301;

(g) Carelessly and negligently failed to maintain the steering mechanism of the tractor

2

OCT-30-2007 TUE 01:45 PM SNJ WORK COMP    Case 1:07-cv-06520   Document 1    Filed 11/16/2007   Page 6 of 9    FAX NO. 9205923030    P. 07

OCT-22-2007 MON 03:02 PM schneider    FAX NO. 330 769 1141    P. 06

and trailer of his vehicle;

(h) Otherwise carelessly and negligently operated his vehicle in excess of the speed limit in violation of Section 10-601(b) of the Illinois Vehicle Code;

(i) Carelessly and negligently operated his vehicle at a speed too fast for conditions in violation of Section 11-601(a) of the Illinois Vehicle Code;

(j) Otherwise carelessly and negligently operated a motor vehicle.

(5) As a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, THEODORE STOUGH, a collision occurred between the vehicle driven by the Defendant, THEODORE STOUGH and the vehicle driven by the Plaintiff, DIANE M. SWIER.

(6) As a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, THEODORE STOUGH, the Plaintiff, DIANE M. SWIER, was injured in body and mind and became sore, lame and disabled and suffered pain and anguish and will continue to so suffer in the future; further, the Plaintiff was caused to incur medical expenses in endeavoring to be cured of said injuries and will incur further such expenses in the future; further, the Plaintiff was prevented from attending to her ordinary daily activities and affairs and suffered disability and/or loss of normal life and will continue to so suffer in the future; further, the Plaintiff was caused to suffer permanent disfigurement.

WHEREFORE, the Plaintiff, DIANE M. SWIER, prays for judgment against the Defendant, THEODORE STOUGH, in a sum of money in excess of the $50,000.00 jurisdictional

3

limit of the Law Division of this Court, plus the costs of this action.

## COUNT II

NOW COMES the Plaintiff, DIANE M. SWIER, by and through her attorneys, LAW OFFICE OF PETER G. LIMPERIS, and complaining of the Defendant, SCHNEIDER NATIONAL, INC., states as follows:

(1-6) Plaintiff, DIANE M. SWIER, realleges and incorporates paragraphs 1 through 6 of Count I of this Complaint as paragraphs 1 through 6 of Count II of this Complaint as if fully set out herein.

(7) That at all times mentioned herein and pertinent hereto the Defendant, THEODORE STOUGH, was operating the vehicle under this control as servant, agent and/or employee of the Defendant, SCHNEIDER NATIONAL, INC., such that his alleged acts of careless and negligent conduct are attributable to the Defendant, SCHNEIDER NATIONAL, INC.

(8) In addition, the Defendant, SCHNEIDER NATIONAL, INC., at all times mentioned herein or pertinent hereto, owned, controlled and/or maintained the tractor and/or trailer of the vehicle operated by the Defendant, THEODORE STOUGH, and owed an independent duty of care with respect to the maintenance of the vehicle being driven by THEODORE STOUGH.

(9) That all times mentioned herein and pertinent hereto the Defendant, SCHNEIDER NATIONAL, INC., breached its independent duty of care by one or more of the following acts of omission or commission.

(a) Carelessly and negligently failed to maintain the brakes of the tractor and/or trailer

4

OCT-30-2007 TUE 01:45 PM SHL WORK COMP         FAX NO. 16020705    P. 09
Case 1:07-cv-06020   Document 1    Filed 10/24/2007   Page 8 of 9

OCT-22-2007 MON 03:03 PM schneider         FAX NO. 330 769 1141         P. 08

in proper operating condition;

(b) Carelessly and negligently failed to maintain the steering mechanism of the tractor and/or trailer of the vehicle operated by Defendant, THEODORE STOUGH.

(10) As direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant, THEODORE STOUGH, in acting as servant, agent or employee of Defendant, SCHNEIDER NATIONAL, INC., and/or as a result of the independent acts of negligence of the defendant, SCHNEIDER NATIONAL INC., the collision, injuries and damages previously alleged resulted.

WHEREFORE, the Plaintiff, DIANE M. SWIER, prays for judgment against the Defendant, SCHNEIDER NATIONAL, INC., in a sum of money in excess of $50,000.00 jurisdictional limit of the Law Division of this Court, plus the costs of this action.

Respectfully submitted, Plaintiff, DIANE M. SWIER

By: _____
Sam Panger, Jr., One of her Attorneys

Sam Panger, Jr., Esq.
LAW OFFICE OF PETER G. LIMPERIS
Attorneys for Plaintiff(s)
5624 West 79th Street, 2nd Floor
Burbank, Illinois 60459
(708) 857-9787
Firm No. 27753

5

OCT-30-2007 TUE 01:46 PM SNI WORK COMP　　　　FAX NO. 9205923039　　　P. 10
Case 1:07-cv-06520　　Document 1　　Filed 11/16/2007　　Page 9 of 9

OCT-22-2007 MON 03:03 PM schneider　　　　FAX NO. 330 769 1141　　　P. 09

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Name All Parties

DIANE M. SWIER,

　　　　　　　Plaintiff

　　v.　　　　　　　　　　　　　　　NO: _____

THEODORE STOUGH and SCHNEIDER
NATIONAL INC.,

　　　　　　　Defendants

### RULE 222 AFFIDAVIT

NOW COMES the Plaintiff, DIANE M. SWIER, by and through her attorneys, Sam Panger, Jr., and LAW OFFICE OF PETER G. LIMPERIS and pursuant to Illinois Supreme Court Rule 222 states that the damages sought herein exceed $50,000.00, exclusive of interest and costs.

### VERIFICATION BY CERTIFICATION

The undersigned, under penalties provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certifies that the foregoing statement pursuant to Illinois Supreme Court Rule 222 is true to the best of his knowledge and belief.

Date: August 3d, 2007　　　　Signed: _____
　　　　　　　　　　　　　　　Sam Panger, Jr., One of the Attorneys for
　　　　　　　　　　　　　　　Plaintiff, DIANE M. SWIER

Sam Panger, Jr., Esq.
LAW OFFICE OF PETER G. LIMPERIS
Attorney for Plaintiff
5624 West 79th Street, 2nd Floor
Burbank, Illinois 60489
(708) 857-9787
Firm No. 27753