VAM/cm      Atty. No.: 141      Our File No.: 5409-25174

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DIANE M. SWIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THEODORE STOUGH and | ) |
| SCHNEIDER NATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

KC **FILED**
NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6520
JUDGE DARRAH
MAGISTRATE JUDGE COX

### NOTICE OF FILING

To:    Law Office of Peter G. Limperis
       5624 West 79th Street
       2nd Floor
       Burbank, IL 60459

PLEASE TAKE NOTICE that I have caused to be filed with the Clerk of the Circuit Court of Cook County, on the 16th day of **November, 2007, Defendants' Civil Cover Sheet and Appearance**, a copy of which is attached hereto and hereby served upon you.

DOWD & DOWD, LTD.

By: _____
Attorneys for Defendant

### CERTIFICATE OF SERVICE

I, a non-attorney, being first duly sworn on oath, depose and state that the attached above-named document was served to the above mentioned as addressed by depositing a true and correct copy thereof in a sealed envelope, first-class postage, prepaid, in the U.S. Mail at the corner of Jefferson and Fulton, Chicago, Illinois 60601 on November 16, 2007.

_____

SUBSCRIBED and SWORN to
before me this 16th day of November, 2007.

_____
Notary Public

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DIANE M. SWIER
v.
THEODORE STOUGH and SCHNEIDER NATIONAL, INC.
(properly sued as Schneider National Carriers, Inc.)

Case Number: **FILED**
"KC"
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SCHNEIDER NATIONAL, INC. (properly sued as Schneider National Carriers, Inc.) and THEODORE STOUGH

07CV6520
JUDGE DARRAH
MAGISTRATE JUDGE COX

| NAME (Type or print) |
|---|
| Patrick C. Dowd |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Patrick C. Dowd* |

| FIRM |
|---|
| DOWD & DOWD, LTD. |

| STREET ADDRESS |
|---|
| 617 West Fulton Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190189 | (312) 704-4400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |