JUDGE JOHN W. DARRAH

FILED
NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VAM/cm     Atty. No.: 141     Our File No.: 5409-25174

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DIANE M. SWIER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THEODORE STOUGH and | ) |
| SCHNEIDER NATIONAL, INC., | ) |
| Defendants. | ) |

07C 6520
RECEIVED
NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION FOR ENTRY OF HIPAA ORDER

NOW COME the Defendants, THEODORE STOUGH and SCHNEIDER NATIONAL, INC. (properly sued as Schneider National Carriers, Inc.), by and through their attorneys, DOWD & DOWD, LTD., and move this Honorable Court for entry of a HIPAA Order. Entry of a HIPAA Protective Order is proper in this case because the medical condition of the Plaintiff, **DIANE M. SWIER**, is at issue. A proposed HIPAA Order is attached to this Motion.

Respectfully Submitted,

DOWD & DOWD, LTD.

By: _Veronica Magahiz_
Attorneys for Defendants,
SCHNEIDER NATIONAL, INC. and
THEODORE STOUGH