VAM/cm             Atty. No.: 141            Our File No.: 5409-25174

**FILED**
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 16 2007

| | |
|---|---|
| DIANE M. SWIER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THEODORE STOUGH and SCHNEIDER NATIONAL, INC., | ) |
| Defendants. | ) |

07C 6520
RECEIVED
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**NOTICE OF MOTION**    MAGISTRATE JUDGE COX

JUDGE JOHN W. ~~~~~

TO:    Law Office of Peter G. Limperis
       5624 West 79th Street
       2nd Floor
       Burbank, IL 60459

On **Nov 27** at **9** (a.m./p.m. or as soon thereafter as counsel may be heard, and shall appear before the **Honorable Judge Darrah** in the Courtroom usually occupied by him/her in **Room 1203** of the Dirksen Building 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached, **Defendants' Motion for Entry of HIPAA Order.**

Respectfully Submitted,

DOWD & DOWD, LTD.

By: Veronica Mahaitis
Attorneys for Defendants,
SCHNEIDER NATIONAL, INC. and
THEODORE STOUGH

## CERTIFICATE OF SERVICE

I, an attorney, being first duly sworn upon oath, deposes and states that I served the attached Notice to counsel of record herein, by depositing a true and correct copy of same, First-Class Mail postage prepaid, in the U.S. Mail located at 617 West Fulton, Chicago, Illinois, at or before 5:00 P.M., on November 16, 2007 to the following:

Law Office of Peter G. Limperis
5624 West 79th Street
2nd Floor
Burbank, IL 60459

By: _Veronica Magaitis_
Attorney for Defendants

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL 60661
(312) 704-4400