VAM/cm                              Atty. No.: 90242                          Our File No.: 5409-25174

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANE M. SWIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 CV 6520 |
| | ) | |
| THEODORE STOUGH and | ) | Magistrate Judge Cox |
| SCHNEIDER NATIONAL, INC., | ) | |
| Defendants. | ) | Judge John W. Darrah |

### CERTIFICATE OF SERVICE

I, an attorney, being first duly sworn upon oath, deposes and states that I served Defendants' Rule 26(a)(1) Disclosures by depositing a true and correct copy of same, First-Class Mail postage prepaid, in the U.S. Mail located at 617 West Fulton, Chicago, Illinois, at or before 5:00 P.M., on December 12, 2007 to the following:

Law Office of Peter G. Limperis
5624 West 79th Street
2nd Floor
Burbank, IL 60459

Attn: Mr. Sam Panger

                                               By:   Veronica A. Masaitis
                                                          Attorney for Defendants

Dowd & Dowd, Ltd.
617 W. Fulton Street
Chicago, IL  60661
(312) 704-4400
(312) 704-4500 Fax